Appeal from special term.

Action by Morris Jacobson against the Metropolitan Street-Railway Company. From a judgment in favor of the plaintiff, and from an order denying a motion for a new trial, the defendant appeals. Affirmed.

Argued before CONLAN and HASCALL, JJ.

Henry A. Robinson, for appellant.
Max D. Steuer, for respondent.

CONLAN, J. The action is to recover for an injury alleged to have occurred to the plaintiff's horse and wagon by reason of the negligence of the defendant. It is conceded that the damages are not excessive if the recovery can be sustained. We are asked by the defendant to reverse this judgment on the usual grounds of contributory negligence of the plaintiff's servants and of the freedom from negligence of the defendant, but the record fails to convince us that either of these elements appears, and the submission of the whole case to the jury was given under a charge which was eminently fair to both sides. Indeed, the jury were so positively instructed by the court upon the question of interest of two of the witnesses called by the plaintiff, and who had each an action pending against the defendant for personal injuries growing out of this very accident, that preponderance of evidence in the plaintiff's favor was the only reason for the result attained. There was no exception to the charge, and we are unable to find in the whole case any element or circumstance which calls for an interference with the judgment and order appealed from.

Judgment and order affirmed, with costs.

HASCALL, J., concurs.

---

HAZARD v. WARNER.

(City Court of New York, General Term.   October 29, 1900.)

REFERENCE—EXAMINATION OF LONG ACCOUNT.
    Where a defendant admits the allegations of the complaint, and sets up a counterclaim for professional services to an amount exceeding plaintiff's claim, the trial does not "require the examination of a long account," within Code Civ. Proc. § 1013, providing that in such cases a compulsory reference may be ordered.
    Hascall, J., dissenting.

Appeal from special term.

Action by Margaret J. Hazard against James Harold Warner. From an order referring the action to a referee, plaintiff appeals. Reversed.

Argued before FITZSIMONS, C. J., and CONLAN and HASCALL, JJ.

B. G. Oppenheim, for appellant.
David C. Bennett, Jr., for respondent.

CONLAN, J.  This is an appeal from an order referring this action, and all the issues therein, to a referee to hear and determine.  The answer admits the allegations of the complaint, and sets up a counterclaim for professional services as attorney to an amount exceeding plaintiff's claim.  The case comes within the rule laid down in Randall v. Sherman, 131 N. Y. 669, 30 N. E. 589, and Feeter v. Arkenburgh, 147 N. Y. 237, 41 N. E. 518.

Order appealed from reversed, with costs.

FITZSIMONS, C. J., concurs.

HASCALL, J. (dissenting).  I think the service of reply puts in issue the matter that requires the offices of a referee, and that the order should be affirmed.  For this reason I dissent.